# Case Docket Entries

CC-37-2021-C-5

| Court: | Circuit | County: | 37 - Pleasants | Created Date: | 3/18/2021 | Security Level: | Public |
|---|---|---|---|---|---|---|---|
| Judge: | Timothy L. Sweeney | Case Type: | Civil | Case Sub-Type: | PERSONAL INJURY | Status: | Open |

Related Cases:

Style:   MARY JANE ANDERSON v. FDF ENERGY SERVICES, LLC

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 3/18/2021 | Conversion | | (1) COMPLAINT, SCANNED. |
| 2 | 3/18/2021 | Conversion | | (2) SUMMONS ISSED AND RETURNED TO PLAINTIFF'S COUNSEL FOR |
| 3 | | Conversion | | PROCESS OF SERVICE, SCANNED. |
| 4 | 3/18/2021 | Scanned Document | | CCIS W/RECEIPT |
| | 4-1  3/18/2021 | Civil Case Information Statement - CCIS W/RECEIPT | | |
| 5 | 3/18/2021 | Scanned Document | | SUMMONS |
| | 5-1  3/18/2021 | Summons - SUMMONS | | |
| 6 | 3/18/2021 | Scanned Document | | COMPLAINT |
| | 6-1  3/18/2021 | Complaint - COMPLAINT | | |
| 7 | 4/16/2021 2:04:58 PM | Scanned Document | | Other - WV SECRETARY OF STATE ACCEPTED FOR SERVICE OF PROCESS DATED 04-12-21 FOR FDF ENERGY SERVICES, LLC |
| | 7-1  4/16/2021 | Other - WV SECRETARY OF STATE ACCEPTED FOR SERVICE OF PROCESS DATED 04-12-21 FOR FDF ENERGY SERVICES, LLC | | |



EXHIBIT B