```
        IN THE UNITED STATES DISTRICT COURT FOR THE
              NORTHERN DISTRICT OF WEST VIRGINIA
```

**MARY JANE ANDERSON and**
**CHASE ANDERSON,**

       **Plaintiffs,**

v.                                    Civil Action No. 1:21-CV-62
                                                  (KLEEH)

**FDF ENERGY SERVICES, LLC, a**
**Delaware Limited Liability Company,**

       **Defendant.**

### DISMISSAL ORDER

The Court has been notified that the above-referenced civil action settled at mediation on March 8, 2022. Based on that report and for reasons apparent to the Court, this matter is hereby **DISMISSED WITH PREJUDICE** and is stricken from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days of this Order.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED.**

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record via the CM/ECF notification system.

**DATED:** March 14, 2022

                                        */s/* Thomas S. Kleeh
                                        THOMAS S. KLEEH
                                        UNITED STATES DISTRICT JUDGE